UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DON PHILIPPI, | ) | 3:11-CV-0272-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 21, 2011 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for service of summons and complaint (#31) on **C/O M. Nielsen** is **GRANTED**. The Office of the Attorney General has previously filed the last known address of Mitchell Nielsen *under seal* (#8), and the address shall be kept under seal by the court and shall not be provided to the plaintiff.

The Clerk shall issue a summons for **C/O M. Nielsen** and send the same to the U.S. Marshal with the address provided under seal. The Clerk shall send to plaintiff one USM-285 form, one copy of the amended complaint (#30), and one copy of this order for the defendant. Plaintiff shall have until **Friday, December 16, 2011** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

Additionally, the Office of the Attorney shall advise the court on or before **Friday, December 16, 2011** whether it can accept service of process for defendant **Julie Rexwinkle**. If the Attorney General's Office cannot accept service, it shall file the last known address for Julie Rexwinkle *under seal.*

        **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK

                By:           /s/
                         Deputy Clerk