UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DON PHILLIPI, | ) | 3:11-CV-0272-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 26, 2012 |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' third motion for enlargement of time (#64) is **GRANTED**.  The parties shall have to and including **Thursday, November 1, 2012** to file dispositive motions.  **No further extensions of time shall be granted.**

   IT IS SO ORDERED.

                                                              LANCE S. WILSON, CLERK

                                              By:    /s/
                                                     Deputy Clerk