## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DON PHILLIPI, ) | 3:11-CV-0272-ECR (VPC) | |
| Plaintiff, ) | **MINUTES OF THE COURT** | |
| vs. ) | February 6, 2013 | |
| HOWARD SKOLNIK, et al., ) | | |
| Defendants. ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion to compel (#76) is **DENIED** as untimely.  Discovery has been concluded since August 2012, and a dispositive motion (#66) has been fully briefed and is now pending before the court.

   **IT IS SO ORDERED.**

                                                               LANCE S. WILSON, CLERK

                                                        By:   /s/
                                                               Deputy Clerk