UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DON PHILIPPI, | ) | 3:11-cv-00272-LRH-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| HOWARD SKOLNIK, *et. al.*, | ) | |
| | ) | April 25, 2013 |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is defendants' motion to strike plaintiff's motion for summary judgment (#75).[1] Plaintiff did not file an opposition. Defendants ask the court to strike plaintiff's motion for summary judgment (#72) on the grounds that plaintiff filed this document after the time for filing dispositive motions had already passed.

    On April 24, 2013, the court entered its Report and Recommendation granting defendants' motion for summary judgment on plaintiff's due process claim (Count I) and RLUIPA claim (Count II), and dismissing plaintiff's First Amendment access to court and/or retaliation claim (Count III), thereby denying plaintiff's motion for summary judgment (#72). Accordingly, the court finds defendants' motion to strike plaintiff's motion for summary judgment (#75) to be moot.

    Defendants' motion to strike plaintiff's motion for summary judgment (#75) is hereby **DENIED** as moot. **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk

---

[1] Refers to the court's docket numbers.

1