UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DON PHILLIPI, | ) | 3:11-CV-0272-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 15, 2013 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion to serve subpoenas to obtain necessary documents and verifications from non-party defendants (#84) is **DENIED**.  Discovery has been concluded since August 2012, and a report and recommendation has been issued to the District Court recommending that defendants' motion for summary judgment (#80) be granted.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                By:    /s/
                                                          Deputy Clerk